JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAMES BENNETT,

          Plaintiff,

     v.

SUZANNE BECKNER, *et al.*,

          Defendants.

Case No. 2:24-cv-09310-CV (AYPx)

**ORDER DISMISSING CASE WITH PREJDUICE**

**[DOC. # 52]**

On March 4, 2026, the parties filed a Joint Stipulation of Dismissal With Prejudice. Doc. # 52 ("Stipulation"). The parties have agreed to dismiss all claims in this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court, having reviewed the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

    1. This action is DISMISSED WITH PREJUDICE.

    2. All pending matters are TERMINATED.

    3. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: March 20, 2026

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

-1-